No. 567. EASTERN AIR LINES, INC. *v.* CIVIL AERO-NAUTICS BOARD ET AL. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to that Court with directions to dismiss the proceeding upon the ground that the cause is moot. *E. Smythe Gambrell* and *W. Glen Harlan* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Emory T. Nunneley, Jr.* and *Warren L. Sharfman* for the Civil Aeronautics Board, and *Charles H. Murchison* for Capital Airlines, Inc., respondents.

No. 571. STITH ET AL. *v.* PINKERT ET AL. Appeal from the Supreme Court of Arkansas. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *J. R. Booker* and *Tilghman E. Dixon* for appellants. *Leffel Gentry* for appellees.

No. 588. REILING *v.* TAWES, COMPTROLLER OF MARYLAND. Appeal from the United States District Court for the District of Maryland. *Per Curiam:* The appeal is dismissed.